


```
Case:18-10130-SDB  Doc#:11  Filed:02/02/18  Entered:02/03/18 00:58:07  Page:1 of 5
```

United States Bankruptcy Court
Southern District of Georgia

In re:                                                          Case No. 18-10130-SDB
Diane Mance Bussey                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-1        User: ccburke         Page 1 of 2           Date Rcvd: Jan 31, 2018
                            Form ID: 309I         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db          +Diane Mance Bussey,    827 Francis Drive,    Thomson, GA 30824-7606
7059490     +Anthony's Auto Sales,    1214 Washington Road,    Thomson GA 30824-7324
7059497     +Covington Credit-GA 07,    752 Broad Street,    Augusta GA 30901-1306
7059498     +David W. Perry, DMD,    231 Davis Road,    Augusta GA 30907-2407
7059500     +Drs. Jopling & Brunson,    115 Gordon Street,    Thomson GA 30824-1537
7059501     +Equity Auto Loans Ll (TitleMax),    15 Bull Street Suite 200,    Savannah GA 31401-2686
7059503     +Figis Co Inc,   Po Box 7713,    Marshfield WI 54449-7713
7059506     +Hughes Furniture,   124 Jackson Street,    Thomson GA 30824-2017
7059508      McDuffie Regional Medical,    521 Hill Street NW,    Thomson GA 30824
7059507     +Mcb,   955 Greene St,    Augusta GA 30901-2231
7059515     +University Hospital,    1350 Walton Way,    Augusta GA 30901-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: wardspires@aol.com Jan 31 2018 18:52:31     Dempsey Clay Ward,    Ward & Spires,
              P O Box 1493,    Augusta, GA  30903
tr          +E-mail/Text: 341notices@chp13aug.org Jan 31 2018 18:52:52    Huon Le,   P.O. Box 2127,
              Augusta, GA 30903-2127
ust         +E-mail/Text: ustpregion21.sv.ecf@usdoj.gov Jan 31 2018 18:53:07     Office of the U. S. Trustee,
              Johnson Square Business Center,   2 East Bryan Street, Ste 725,    Savannah, GA 31401-2638
7059492      EDI: ATTWIREBK.COM Jan 31 2018 18:43:00      AT&T,   PO Box 105503,   Atlanta GA 30348-5503
7059489     +E-mail/Text: BANKRUPTCY@LANIERCOLLECTIONS.COM Jan 31 2018 18:53:41
              Anesthesia & Pain Med Assoc,   c/o LCA,    POI Box 15519,   Savannah GA 31416-2219
7059491     +EDI: CBS7AVE Jan 31 2018 18:43:00      Ashro,   1112 7th Ave,   Monroe WI 53566-1364
7059493     +EDI: ATLASACQU.COM Jan 31 2018 18:43:00      Atlas Acquisitions,    294 Union Street,
              Hackensack NJ 07601-4303
7059494      E-mail/Text: bankruptcies@mcbs.com Jan 31 2018 18:53:45      Brown and Radiology Associates,
              PO Box 3845,   Augusta GA 30914-3845
7059495     +E-mail/Text: flr_bankruptcynotice@cable.comcast.com Jan 31 2018 18:53:42      Comcast,
              105 Rivershoals Parkway,   Augusta GA 30909-0235
7059496     +EDI: WFNNB.COM Jan 31 2018 18:43:00      Comenity Bank/goodys,    Attn: Bankruptcy,
              Po Box 182125,   Columbus OH 43218-2125
7059499      E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2018 18:52:52      Ditech Financial LLC,
              PO Box 6172,   Rapid City SD 57709-6172
7059502      E-mail/Text: corporatecredit@farmersfurniture.com Jan 31 2018 18:53:16      Farmers Furniture,
              Attn: Bankruptcy Department,   Po Box 1140,    Dublin GA 31040
7059504     +EDI: BLUESTEM Jan 31 2018 18:43:00      Fingerhut,   Bankruptcy Dept,    6250 Ridgewood Rd,
              Saint Cloud MN 56303-0820
7059509     +EDI: SECFIN.COM Jan 31 2018 18:43:00      Security Fin,   C/O Security Finance,    PO Box 3146,
              Spartanburg SC 29304-3146
7059510     +E-mail/Text: wmcbkdept@waltersmgmt.com Jan 31 2018 18:53:49      Service Loan Company,
              Po Box 2935,   Gainesville GA 30503-2935
7059511     +EDI: CBS7AVE Jan 31 2018 18:43:00      Seventh Avenue,   Seventh Avenue,    1112 7th Ave,
              Monroe WI 53566-1364
7059512     +EDI: CHECKNGO.COM Jan 31 2018 18:43:00      Southern Specialty Finance/Check N Go,
              dba Check N' Go,   348 E. Martintown Road,    North Augusta SC 29841-5808
7059513      Fax: 912-629-1539 Jan 31 2018 19:33:08     Title Max of Augusta,   1001 Washington Road,
              Thomson GA 30824-7318
7059514     +E-mail/Text: bankruptcy@unitedacceptance.com Jan 31 2018 18:53:19     United Acceptance Inc,
              2400 Lake Park Dr,   Smyrna GA 30080-8993
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7059505       ##Hickory Hill Emerg Physicians,   PO Box 37767,    Philadelphia PA 19101-5067
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113J-1           User: ccburke             Page 2 of 2               Date Rcvd: Jan 31, 2018
                               Form ID: 309I             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Dempsey Clay Ward    on behalf of Debtor Diane Mance Bussey wardspires@aol.com,
               christinakapral@wardandspires.com
              Huon  Le    notices@chp13aug.org
              Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov
                                                                                            TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane Mance Bussey** | Social Security number or ITIN **xxx–xx–9791** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Georgia** | Date case filed for chapter **13   1/30/18** |
| Case number: | **18–10130–SDB** | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Diane Mance Bussey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 827 Francis Drive<br>Thomson, GA 30824 | |
| 4. | **Debtor's attorney**<br>Name and address | Dempsey Clay Ward<br>Ward & Spires<br>P O Box 1493<br>Augusta, GA 30903 | Contact phone 706–724–2640<br>Email: wardspires@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Huon Le<br>P.O. Box 2127<br>Augusta, GA 30903 | Contact phone 706–724–1039 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Federal Justice Center<br>600 James Brown Blvd<br>P.O. Box 1487<br>Augusta, GA 30903 | Hours open Mon–Fri 8:30AM–5:00PM<br>Contact phone 706–823–6000<br>Date: 1/31/18 |

**For more information, see page 2**

| 7. Meeting of creditors | February 23, 2018 at 03:00 PM | Location: |
| --- | --- | --- |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Federal Justice Center – Plaza Bldg, 600 James Brown Blvd – 341 Mtg Rm, Augusta, GA 30901** |

*** Valid photo identification required ***

| 8. Deadlines | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 4/24/18** |
| --- | --- | --- |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/30/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | A copy of the plan will be sent to you in a separate mailing. The hearing on confirmation will be held on:**3/19/18**, at **02:00 PM**, Location: **Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901** |
| --- | --- |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

**ADDITIONAL COURT SPECIFIC INFORMATION.**

| | |
|---|---|
| **ID Required at Meeting of Creditors** | Debtor's photo ID and Social Security Card must be presented at the Meeting of Creditors. |
| **11 USC 521(i) Automatic Dismissal Deadline** | 45 days after the filing of the petition |
| **Objections to Confirmation** | Objections to Confirmation including Objections to Debtor(s) Motions to Avoid a Lien or Motions to Value Collateral, must be filed with the Clerk not later than seven (7) days before the hearing to consider confirmation of a plan, unless the Court orders otherwise. Objections shall be timely served on the Trustee, debtor, and debtor's counsel. At confirmation, parties with standing to appear and be heard will be limited to debtors, the Trustee, creditors who timely filed and served an objection, and counsel for any of the above. Objections shall state succinctly, but with particularity, the statutory or case law basis for the objection. |
| **Dismissal or Conversion at Confirmation Hearing** | At the confirmation hearing, the Court will determine whether the debtor's plan can be confirmed. If confirmation is denied, the Court may, after considering the facts and circumstances of the case at the confirmation hearing, on its own motion or on motion of any party in interest, dismiss the case, dismiss the case with prejudice, or order that the case be converted to Chapter 7. For cause, the Court may grant such motion at the confirmation hearing without further notice. |
| **Filing a Proof of Claim** | Creditors are now able to file Proof of Claim forms for all chapters electronically. A CM/ECF login/password is not required. Visit the Court's website, www.gasb.uscourts.gov to find the **ELECTRONIC CLAIMS** link and filing instructions. |
| **Multi-Court Voice Case Information System (McVCIS)** | An automated response for further information on this case is available 24 hours daily by calling the Multi-Court Voice Case Information System (McVCIS) toll free number 1-866-222-8029, selecting your language, and pressing 42, and then 1, to access the United States Bankruptcy Court for the Southern District of Georgia. Please have the case number, social security number, or debtor name available when calling. In addition, you may also contact the Clerk's Office directly. Please note that McVCIS is NOT the official court record. The official court record continues to be maintained only by the Clerk's Office. |
| **Other information** | |

For The Court:

**Lucinda Rauback, CLERK**
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: 1/31/18

Page 3