IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Diane | Mance | Bussey |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| Case number (If known) | 18-10130 | | |

☐ Check if this is an amended plan.

## Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan:
    ☑ contains nonstandard provisions. See paragraph 15 below.
    ☐ does not contain nonstandard provisions.

    (b) This plan:
    ☑ values the claim(s) that secures collateral. See paragraph 4(f) below.
    ☐ does not value claim(s) that secures collateral.

    (c) This plan:
    ☑ seeks to avoid a lien or security interest. See paragraph 8 below.
    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $**335.00** for the applicable commitment period of:

    ☐ 60 months; or

    ☑ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (b) The payments under paragraph 2(a) shall be paid:

    ☐ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☐ Debtor 1 _____% ☐ Debtor 2 _____%

    ☑ Direct to the Trustee for the following reason(s):
    ☑ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
    ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    (c) Additional Payments of $**0** (estimated amount) will be made on _____ (anticipated date) from (source, including income tax refunds).

3. **Long-Term Debt Payments.**

    (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which

Debtor __Diane Mance Bussey__                Case number  18-10130

become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|
| Ditech Financial LLC | 1995 Fleetwood Doublewide Mobile home | Yes | Debtor | February, 2018 | $362.65 |

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|
| Ditech Financial LLC | 1995 Fleetwood Doublewide Mobile home | Yes | 5,600.00 | 0.00% |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of **$4,500.00**.

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

   (e) **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Title Max of Augusta | 2004 Chevy Trailblazer 150000 miles | 1,900.00 | 5.00% | 28.31 |

   (f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Anthony's Auto Sales | 2003 Buick LeSabre 170000 miles | 1,500.00 | 5.00% | 28.31 |
| Farmers Furniture | All Collateral | 100.00 | 4.00% | 4.61 |

   (g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

| Debtor | Diane Mance Bussey | Case number | 18-10130 |
|---|---|---|---|

|  |  | ☐ with interest at ____% per annum; or ☐ without interest: |
|---|---|---|
|  | None |  |

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0.00**% dividend or a pro rata share of **$0.00**, whichever is greater.

5. **Executory Contracts.**
   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
|---|---|---|---|---|
| -NONE- | | | | |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| -NONE- | |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; or ☑ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| **Title Max of Augusta** | **28.31** |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| -NONE- | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| Covington Credit-GA 07 | | All Collateral |
| Covington Credit-GA 07 | | All Collateral |
| Equity Auto Loans Ll (TitleMax) | | All Collateral |
| Hughes Furniture | | All Collateral |
| Mcb | | All Collateral |
| Security Fin | | All Collateral |
| Service Loan Company | | All Collateral |
| Southern Specialty Finance/Check N Go | | All Collateral |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| **United Acceptance Inc** | **All Collateral** | **Full Satisfaction of the Debt.** |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the

| Debtor | Diane Mance Bussey | Case number | 18-10130 |

Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

REDEMPTION OF PAWNED PROPERTY: The plan proposes to redeem a 2004 Chevy Trailblazer ("the vehicle"), which is in the possession of the Debtor(s), but the title is held by TitleMax under a title pawn contract. Debtor(s) shall redeem the vehicle by paying the debt in full through the chapter 13 plan. Confirmation of the plan shall constitute an affirmative finding that (1) the grace period for redemption has not expired; (2) the vehicle is property of the estate; and (3) that the adequate protection payments, in conjunction with the post-confirmation payments, shall constitute appropriate "affirmative steps to redeem" pursuant to the Eleventh Circuit's decsion in Charles R. Hall Motors, Inc. v. Lewis (In re Lewis), 137 F.3d 1280 (11th Cir. 1998).

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated: **January 11, 2018**

/s/ Diane Mance Bussey
**Diane Mance Bussey**
*Debtor 1*

*Debtor 2*

/s/ D. Clay Ward
**D. Clay Ward 736770**
*Attorney for the Debtor(s)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
|    Diane Mance Bussey, ) | CASE NO.: 18-10130 |
| ) | |
|    Debtor. ) | |

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I hereby certify that I have this day served upon the following parties a copy of the foregoing Chapter 13 plan by First Class Mail placing the same in United States Mail with proper postage affixed thereon to the following addresses:

**See matrix attached as Exhibit 1.**

I hereby certify that I have this day served a copy of the foregoing Chapter 13 plan upon the following corporations addressed to an Agent or Officer by First Class Mail placing the same in United States Mail with proper postage affixed thereon:

**CERTIFIED MAIL
DiTech Financial, LLC
c/o Officer or Agent for Service
PO Box 6172
Rapid City, SD 57709-6172**

I hereby certify that I have this day served a copy of the foregoing Chapter 13 plan upon the following creditors in the manner proscribed by Rule 7004, as the Chapter 13 plan proposes to modify/alter/avoid their secured status pursuant to paragraph 4(f) or paragraph 8 of the plan:

**CERTIFIED MAIL
Anthony's Auto Sales
c/o Officer or Agent for Service
1214 Washington Road
Thomson, GA 30824-7324**

**CERTIFIED MAIL
TitleMax of Augusta
c/o Officer or Agent for Service
1001 Washington Road
Thomson, GA 30824-7318**

**CERTIFIED MAIL
Farmers Furniture
c/o Officer or Agent for Service
PO Box 1140
Dublin, GA 31040-1140**

**CERTIFIED MAIL
Covington Credit GA 07
c/o Officer or Agent for Service
735 Broad St.
Augusta, GA 30901-1306**

Case No.: 17-10837
Page 2

**CERTIFIED MAIL**
**Equity Auto Loans (TitleMax)**
c/o Officer or Agent for Service
15 Bull St., Suite 200
Savannah, GA 31401-2686

**CERTIFIED MAIL**
**Security Finance**
c/o Officer or Agent for Service
PO Box 3146
Spartanburg, SC 29304-3146

**CERTIFIED MAIL**
**Hughes Furniture**
c/o Officer or Agent for Service
124 Jackson St.
Thomson, GA 30824-2017

**CERTIFIED MAIL**
**Service Loan Company**
c/o Officer or Agent for Service
PO Box 2935
Gainesville, GA 30503-2935

**CERTIFIED MAIL**
**Southern Specialty Finance/Check N Go**
c/o Officer or Agent for Service
348 E. Martintown Road
North Augusta, GA 29841-5808

I hereby certify that I have this day served a copy of the foregoing Chapter 13 plan upon an officer of the following insured depository institutions, via Certified Mail:
N/A
I hereby certify that I have this day electronically served the following parties and counsel via CM/ECF:
N/A

This 9th day of February, 2018.

/s/ D. Clay Ward
D. Clay Ward
Ward and Spires, LLC
445 Walker Street
Augusta, GA 30901
706-724-2640

```
Label Matrix for local noticing        AT&T                            Anesthesia & Pain Med Assoc
113J-1                                 PO Box 105503                   c/o LCA
Case 18-10130-SDB                      Atlanta GA 30348-5503           POI Box 15519
Southern District of Georgia                                           Savannah GA 31416-2219
Augusta
Tue Feb  6 12:42:45 EST 2018

Anthony's Auto Sales                   Ashro                           Atlas Acquisitions
1214 Washington Road                   1112 7th Ave                    294 Union Street
Thomson GA 30824-7324                  Monroe WI 53566-1364            Hackensack NJ 07601-4303


Brown and Radiology Associates         Diane Mance Bussey              Comcast
PO Box 3845                            827 Francis Drive               105 Rivershoals Parkway
Augusta GA 30914-3845                  Thomson, GA 30824-7606          Augusta GA 30909-0235


Comenity Bank/goodys                   Covington Credit GA 07          David W. Perry, DMD
Attn: Bankruptcy                       752 Broad Street                231 Davis Road
Po Box 182125                          Augusta GA 30901-1306           Augusta GA 30907-2407
Columbus OH 43218-2125


Ditech Financial LLC                   Drs. Jopling & Brunson          Equity Auto Loans Ll (TitleMax)
PO Box 6172                            115 Gordon Street               15 Bull Street Suite 200
Rapid City SD 57709-6172               Thomson GA 30824-1537           Savannah GA 31401-2686


(p)FARMERS FURNITURE                   Figis Co Inc                    Fingerhut
ATTN CORPORATE CREDIT DEPT             Po Box 7713                     Bankruptcy Dept
PO BOX 1140                            Marshfield WI 54449-7713        6250 Ridgewood Rd
DUBLIN GA 31040-1140                                                   Saint Cloud MN 56303-0820


Hickory Hill Emerg Physicians          Hughes Furniture                Huon Le
PO Box 37767                           124 Jackson Street              P.O. Box 2127
Philadelphia PA 19101-5067             Thomson GA 30824-2017           Augusta, GA 30903-2127


McDuffie Regional Medical              Mcb                             Office of the U. S. Trustee
521 Hill Street NW                     955 Greene St                   Johnson Square Business Center
Thomson GA 30824                       Augusta GA 30901-2231           2 East Bryan Street, Ste 725
                                                                       Savannah, GA 31401-2638


Security Fin                           Service Loan Company            Seventh Avenue
C/O Security Finance                   Po Box 2935                     Seventh Avenue
PO Box 3146                            Gainesville GA 30503-2935       1112 7th Ave
Spartanburg SC 29304-3146                                              Monroe WI 53566-1364


Southern Specialty Finance/Check N Go  Title Max of Augusta            United Acceptance Inc
dba Check N' Go                        1001 Washington Road            2400 Lake Park Dr
348 E. Martintown Road                 Thomson GA 30824-7318           Smyrna GA 30080-8993
North Augusta SC 29841-5808
```

Exhibit 1

University Hospital
1350 Walton Way
Augusta GA 30901-2629

Dempsey Clay Ward
Ward & Spires
P O Box 1493
Augusta, GA 30903-1493


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Farmers Furniture
Attn: Corporate Credit
P O Box 1140
Dublin, GA 31040-1140

(d)Farmers Furniture
Attn: Bankruptcy Department
Po Box 1140
Dublin GA 31040

(d)Farmers Furniture - Thomson, GA
Attn: Corporate Credit
P.O. Box 1140
Dublin, GA 31040


End of Label Matrix
Mailable recipients   31
Bypassed recipients    0
Total                 31