# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED JUN -4 2018 IN COURT

In the matter of: )   Chapter __13__

Diane Mance Bussey )

) Case No. __18-10130-SDB__

)
)
)
Debtor(s) )

I hereby withdraw __TitleMax of Georgia, Inc.'s Objection to Confirmation (Docket No. 27) and Motion for Relief of Stay (Docket No. 32) as the parties have reached an agreement. TitleMax's withdrawal does not waive any argument made in either document.__

The undersigned certifies that opposing counsel has been advised of this withdrawal.

_____
Attorney/~~Trustee~~

Nathan Huff
Ga Bar No. 773611
TitleMax of Georgia, Inc.
(706) 922-3104
nhuff@rehlaw.com

Dated: __6/4/18__

Revised 4/13/09